that, upon the facts as disclosed by the affidavits, the application should be denied, and for that reason the order is affirmed, without costs to either party.   See 56 N. Y. Supp. 1105.

BULL, Appellant, v. CASE, Respondent. (Supreme Court, Appellate Division, Second Department. July 1, 1899.) Action by Stephen M. Bull against James P. Case. No opinion. Application for leave to appeal to the court of appeals granted, and three questions certified. See 58 N. Y. Supp. 774.

BULLARD et al., Respondents, v. DOWNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by Carrie E. Bullard, as executrix, etc., of Almira A. Bullard, deceased, and another, against Addie E. Downer, impleaded with another. No opinion. Judgment affirmed, with costs. All concur, except FOLLETT, J., not voting.

BURKE et al. v. METROPOLITAN EL. R. CO. (Supreme Court, Appellate Division, First Department. June 23, 1899.) Action by John Burke and another against the Metropolitan Elevated Railroad Company. No opinion. Motion granted, with $10 costs.

BUSCH, Respondent, v. TAYLOR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 18, 1899.) Action by Frederick A. Busch against Joseph G. Taylor, impleaded, etc. No opinion. Appeal dismissed, without costs to either party.

BUTCHER v. CONSOLIDATED TRUST. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by David F. Butcher against the Consolidated Trust. No opinion. Upon payment of $20, default opened; and, on payment of $10 costs, motion to dismiss appeal denied.

BUTCHER v. CONSOLIDATED TRUST. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by David F. Butcher against the Consolidated Trust. No opinion. Motion granted, with $10 costs.

CARR, Respondent, v. HILTON et al., Appellants. (Supreme Court, Appellate Term. July 26, 1899.) Action by Benjamin J. Carr, Jr., against Henry G. Hilton and wife. From a judgment in favor of plaintiff, defendants appealed. Affirmed. Howard P. Okie, for appellants. William R. Bronk, for respondent.
LEVENTRITT, J. This judgment must be affirmed. The record presents no question of law, and on the sole question of fact litigated—whether the plaintiff or the plaintiff's father was the real party in interest—the justice found against the defendants. No injustice has been done, and, following our settled practice, we shall not disturb his finding. Judgment affirmed, with costs to respondent. All concur.

C. GRAHAM & SONS CO., Respondent, v. LITTLE et al., Appellants. (Supreme Court,

Appellate Division, First Department. June 30, 1899.) Action by the C. Graham & Sons Company against Frank Little, impleaded, etc. G. H. Fletcher, for appellants. F. F. Neuman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CHAFFEE, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 18, 1899.) Action by Newton H. Chaffee against Hosea J. Brown and others. No opinion. Order affirmed, with costs.

CHANLER v. NEW YORK EL. RY. CO. et al. (Supreme Court, Appellate Division, First Department. December Term, 1898.) Action by Winthrop A. Chanler against the New York Elevated Railway Company and others. No opinion. Motion denied, with $10 costs. See 57 N. Y. Supp. 1135.

CHRISTIANSEN, Respondent, v. MENDHAM et al., Appellants. (Supreme Court, Appellate Term. June 28, 1899.) Action by Simon Christiansen against Louis B. Mendham and another. From a judgment of the general term, affirming a judgment of the trial term for plaintiff (56 N. Y. Supp. 655), defendant Mendham appeals. Affirmed. Franklin Bien, for appellants. Harris & Goldfarb, for respondent.
FREEDMAN, P. J. Upon the opinion in McCobb v. Christiansen (decided at this term of the court) 59 N. Y. Supp. 303, the judgment herein must be affirmed. Judgment affirmed, with costs to respondent. All concur.

In re COATSWORTH et al. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) In the matter of the application of Tamar M. Coatsworth and others, landlords, for the removal of Louis Schoellkopf and others, tenants and undertenants, from the premises. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals granted, and questions certified and filed with the clerk.

COHELEACH, Respondent, v. GALLY, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Action by A. Adrienne Coheleach against Leopold Gally. No opinion. Judgment of the municipal court reversed on argument, and a new trial ordered in the same court on the 26th day of June, 1899; costs to abide the event.

COHEN v. HOLYOKE ENVELOPE CO. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by Charles J. Cohen against the Holyoke Envelope Company. No opinion. Motion granted, with $10 costs.

COHEN v. MORGAN ENVELOPE CO. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by Charles J. Cohen against the Morgan Envelope Company. No opinion. Motion granted, with $10 costs.